IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARBARA SHEESLEY,

    Plaintiff,

vs.                                    CASE NO. 5:07cv122/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). No objections have been filed.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is reversed.

3. The Commissioner is ordered to remand the case to the Administrative Law Judge for further action consistent with the Report and Recommendation.

4. Judgment is entered in favor of Plaintiff pursuant to sentence four of 42 U.S.C. §405.

5.   The clerk is directed to close the file.

**ORDERED** on June 13, 2008.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**